UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 07 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:07-CV-0352 |
| Plaintiff-Appellee ) | |
| ) | DECLARATION #16 |
| v. ) | BY DEFENDANT SCHULZ |
| ) | |
| ROBERT L. SCHULZ; ) | |
| WE THE PEOPLE FOUNDATION FOR ) | |
| CONSTITUTIONAL EDUCATION, INC.; and ) | |
| WE THE PEOPLE CONGRESS, INC. ) | |
| Defendants-Appellants ) | |

I, ROBERT L. SCHULZ, declare under penalty of perjury:

1. I am a Defendant in the matter captioned above and I make this Declaration in further response to the Decision and Order of the Court, dated April 28, 2008.

2. I make this Declaration in my individual capacity and as Chairman of Defendant We The People Foundation for Constitutional Education, Inc. ("WTP Foundation"), and as Chairman of Defendant We The People Congress, Inc. ("WTP Congress").

3. My purpose is to clarify any confusion that may exist due to my Declaration #15 and the extraordinary events that took place yesterday, between 3:45 p.m. and 4 p.m., and to update my report regarding compliance with the April 28 contempt order.

4. At 3:45 p.m., I received a telephone call from Dan Bickell, the stay attorney at the Supreme Court of the United States, who informed me that Justice Ginsberg had denied my May 2, 2008 application for a stay pending the completion of the appeal process in the instant case. Faced with the severe coercive sanctions described in Judge McAvoy's April 28 Decision and Order, including financial penalties I could not pay and indefinite incarceration if I did not comply by 4 p.m. with the requirements of paragraph c of Judge McAvoy's August 9, 2007 Decision and

1

Order, I went immediately to the office of the U.S. attorney where I broke the seal on the envelope, removed the contents and handed them to the clerk at the "receiving window," together with a copy of the typewritten Declaration #14 as originally prepared for filing with the Court Clerk. I then proceeded to the office of the Court Clerk where I was able to file, before the 4 p.m. deadline, a copy of Declaration #14 as originally prepared for filing, but with the addition of two handwritten paragraphs reporting the decision by the Supreme Court and my submission of the data at the U.S. Attorney's Office.

5. The data I submitted to the U.S. attorney's office yesterday included a mailing list -- typewritten names and address, in label format – showing all persons to whom I mailed a copy of the WTP Forms that are the target of the instant case. I do not know the identity of those who picked up a copy of the Forms at the 37 meetings I conducted in April and May of 2003. Nor do I know the identity of anyone who may have downloaded the Forms from our website. In addition to the mailing list, the data I submitted included, on separate pages, whatever phone and email contact information I have for each person on the mailing list. I have no knowledge of any social security number for any person on the mailing list. Some persons shown on the mailing list requested the Forms without providing a phone number or an email address.

6. Today, I mailed a few additional pages of phone and email addresses for people already on the mailing list. Inadvertently, those pages became separated from package of material submitted yesterday at the U.S. Attorney's Office.

Dated: May 6, 2008

_____
ROBERT L. SCHULZ
2458 Ridge Road
Queensbury, NY 12804
518-656-3578