Robert L. Schulz
2458 Ridge Road
Queensbury, NY 12804

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED

MAY 07 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

Clerk, U.S. District Court
U.S. Courthouse
445 Broadway
Albany, NY 12207

Re: US v Schulz
Case No. 07-352 (NDNY)

Dear Sir:

Enclosed for filing is DEFENDANT'S DECLARATION #16 and a CERTIFICATE OF SERVICE.

Thank you for your assistance in this matter.

Very truly yours,

Robert L. Schulz/pro-se

C: Olivia R. Hussey
DOJ Trial Attorney
P.O. Box 7238
Ben Franklin Station
Washington D.C. 20044

Arthur T. Catterall, Esq.
Tax Div. – Appellate Section
U.S. Dept. of Justice
P.O. Box 502
Washington, DC 20044